UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00198

**Johnny Dow Kelley,**

*Plaintiff,*

v.

**Commissioner of Social Security,**

*Defendant.*

# ORDER

Plaintiff Johnny Dow Kelley, Jr., filed this action seeking judicial review of a decision by the Commissioner denying plaintiff's application for benefits. Doc. 1. The court referred the case to a magistrate judge pursuant to 28 U.S.C. § 636(b). On March 7, 2025, the magistrate judge issued a report and recommendation that the Commissioner's final decision be affirmed and the action dismissed with prejudice. Doc. 14. Plaintiff did not file written objections, and the time for doing so has passed.

When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court affirms the Commissioner's final decision and dismisses this action with prejudice. Any pending motions are denied as moot.

*So ordered by the court on July 1, 2025.*

J. CAMPBELL BARKER
United States District Judge